# EXHIBIT A

| Small Claims Court | Adams County, Colorado County, Colorado |
|---|---|
| Court Address: Adams Combined Courts, 1100 Judicial Center Drive, Brighton, CO 80601, 303-654-3335 | |

PLAINTIFF(S): Terrance Tschatschula
Address: 7242 South Chapparal Cir. East
City/State/Zip: Centennial, Colorado 80016
Phone: Home _____ Work _____ Cell 3032460923

v.

DEFENDANT(1): Cardguard Administration, Inc.
Address: 30 South 13th Avenue, Suite B
City/State/Zip: Brighton, Colorado 80601
Phone: Home _____ Work 8889070070 Cell _____

DEFENDANT(2): _____
Address: _____
City/State/Zip: _____
Phone: Home _____ Work _____ Cell _____

▲ COURT USE ONLY ▲
Case Number:

22 S 117

Division S1  Courtroom 204

### NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL (Part 2)

If Defendant(s) is/are other than a person, go on-line at www.sos.state.co.us to determine the registered agent for service of this notice. Please enter name and address of the agent. Name: Incorp Services, Inc.
Address: 36 South 18th Avenue, Suite B, Brighton, Colorado 80601

1. The Defendant(s) is/are in the military service: ☐Yes ☒No ☐Unknown
2. The Defendant(s) reside(s), is/are regularly employed, has/have an office for the transaction of business, or is/are a student in this county, or real property located in this county is the subject of claim(s) arising from a restrictive covenant or security deposit dispute. ☒Yes ☐No
3. I/We understand that it is my/our responsibility to have each Defendant served with the "Defendant's Copy" of this Notice by a person whose age is 18 years or older and who is not a party to this action 15 days prior to the trial and to provide the Court with written proof of service. ☒Yes ☐No
4. I am an attorney: ☐Yes ☒No

**Notice and Summons to Appear for Trial**

**To the Defendant(s):**
You are scheduled to have your trial in this case on June 8 2022 (date) at 8:30 AM (time) at the Court address stated in the above caption. Bring with you all books, papers and witnesses you need to establish your defense. **If you do not appear, judgment may be entered against you.** If you wish to defend the claim or present a counterclaim, you must provide a written response or written counterclaim on or before the scheduled trial date and pay a **nonrefundable** filing fee.

Dated: 3/29/22

Clerk of Court/Deputy Clerk

**Plaintiff(s)'s Claim** (Please summarize reasons to support your claim below.)
The Defendant(s) owe(s) me $7500.00 which includes penalties, plus interest and costs allowed by law, and/or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons. (If seeking return of property, please describe the property being requested).

My telephone number is on the National Do Not Call Registry (NDNCR). Defendant called me representing themselves as a Covid-19 specialist. Defendant offered to sell to me a vehicle protection plan. This call violated the provisions of NDNCR. I am asking the court for a judgment of $7500.00 plus costs. The fine for violation of NDNCR is

Note: The combined value of money, property, specific performance or cost to remedy a covenant violation cannot exceed $7,500.00.
I/we declare under penalty of perjury under the law of Colorado that the foregoing is true and correct. I/we have not filed in any Small Claims Court in this County more than 2 claims during this calendar month, nor more than 18 claims in this County in this calendar year.

$43,792

Dated: March 29, 2022

Plaintiff's Signature
Plaintiff's Signature

JDF 250SC   R2-20   (PART 2/ PAGE 2)   NOTICE, CLAIM AND SUMMONS TO APPEAR FOR TRIAL   DEFENDANT'S COPY

**You must complete and fill out a response and or counterclaim on reverse side of Defendant's copy and bring to Court.**
**Defendant's Response** (If responding, pay the appropriate filing fee). I do not owe the Plaintiff(s) or am not responsible to the Plaintiff(s) because: _____
_____
_____

**Defendant's Counterclaim** (If submitting a counterclaim, pay the appropriate filing fee).
The Plaintiff(s) owe(s) me $_____, which includes penalties, plus interest and costs allowed by law and/or should be ordered to return property, perform a contract or set aside a contract or comply with a restrictive covenant for the following reasons. (If seeking return of property, please describe the property being requested).
_____
_____

❑ The amount of my/our counterclaim does not exceed the jurisdictional amount of the Small Claims Court of $7,500.00.
❑ The amount of my/our counterclaim exceeds the jurisdictional amount of the Small Claims Court, but I/we wish to limit the amount that I/we wish to recover from the Plaintiff to $7,500.00.
❑ The amount of my/our counterclaim exceeds the jurisdictional amount of the Small Claims Court, and I/we wish to have the case sent to ❑County Court (only if I/we wish to limit the amount I/we can recover from the plaintiff to $15,000.00) ❑District Court (I /we do not wish to limit the amount I/we can recover from the Plaintiff(s)) and will pay the appropriate filing fee. I/we am/are filing a Notice of Removal and paying the appropriate filing fee to the Court at this time.

**I am an attorney.** ❑Yes ❑No
I declare under penalty of perjury that this information is true and correct and that I mailed a copy of the Response/Counterclaim to the Plaintiff(s) at the address(es) stated on this form on _____ (date).

_____     _____
                                         Defendant's Address
_____    _____   _____
Defendant's Signature           Date      Telephone #:  Home           Work            Cell

### Information for Defendants in Small Claims Cases

A. **Filing Fees.**
   Response without a counterclaim:
   ♦ Claim $500.00 or less: $26.00      ♦ Claim over $500.00 but less than $7,500.00: $41.00
   Response with a counterclaim:
   ♦ If Plaintiff's claim is $500.00 or less and counterclaim is $500.00 or less:              $31.00
   ♦ If Plaintiff's claim is more than $500.00 or counterclaim is more than $500.00:           $46.00

B. **Response.** You have been served with a Summons. If you fail to appear on the trial date shown on this notice, judgment may be entered against you. If you wish to defend the claim or present a counterclaim, you must file with the Court Clerk a written response or counterclaim on or before the scheduled trial date, provide a copy to the Plaintiff(s), pay the appropriate nonrefundable filing fee, and appear on the date set for trial in this notice with all evidence and witnesses needed to establish your defense.

C. **Subpoenas.** Upon your request, the clerk will issue a subpoena to require witnesses to appear or bring documents for your trial. It is your responsibility to complete the information needed on the subpoena and to have the subpoena served. Subpoenas must be served personally and may be served by a person over the age of 18 that is not a party to the case. Subpoenas must be accompanied by a check for payment of witness fees and mileage for any witnesses served.

D. **Counterclaim.** If you have a claim against the Plaintiff(s), you must file with the Court clerk the Defendant's counterclaim at the top of this form, provide a copy of the counterclaim to the Plaintiff(s) prior to the trial, and pay the appropriate nonrefundable filing fee. If you settle your counterclaim before trial, notify the Small Claims Court and the Plaintiff(s) in writing. If you want your case heard by a Court of greater jurisdiction, you must complete and file this form, pay the appropriate filing fee (County: Under $999.99 = $85.00; $1,000 - $14,999.99= $105.00; $15,000.00 - $25,000 = $135.00. District: $235.00) and file a Notice of Removal (JDF 251) at least 7 days before the trial date shown on this Notice.

E. **Trial Responsibility.** You have a right to a trial. Bring all evidence necessary to establish your defense and/or counterclaim: books, papers, repair bills, photographs or other exhibits. If the suit involves the delivery of personal property, be prepared to deliver the property immediately after trial. Be on time. If you are late, the Court may enter judgment against you.

F. **Appeal.** If you wish to appeal, you must file your notice of appeal within 14 days of the judgment and proceed according to C.R.C.P 411.

G. **Judgment.** The Court does not collect any judgment, but will help with the necessary forms.
   **Money Judgment.** If judgment is entered against you, you are expected to immediately pay the judgment, including filing fees and court costs. If the judgment is not paid immediately, you must answer questions about your assets and income and the other party can obtain a writ of garnishment or execution against your wages or property. Once the judgment is paid, you are entitled to have the judgment satisfied.
   **Non-monetary Judgment.** If the Court orders immediate possession of the property, performance of a contract, setting aside of a contract or compliance with a restrictive covenant, your failure to comply with the Court order may result in an award of damages and/or being held in contempt.

H. **Case Inquiries.** When inquiring about this case, refer to the case number on this notice. Direct all inquiries to the clerk, not the judge or magistrate.

I. **Attorney.** If you want to be represented by an attorney, you or your attorney must file a Notice of Representation of Attorney (JDF 256) at least 7 days before the trial date on this notice. Then the Plaintiff(s) may have representation by an attorney. If the Plaintiff(s) is/are an attorney, you also may be represented by an attorney without filing a notice of representation. Even if there are attorneys in the case, the rules and procedures of the Small Claims Court will still apply.

J. **Judicial Officer.** A magistrate or a judge may hear your case. If you want a judge to hear your case, you must file an Objection to a Magistrate Hearing Case (JDF 259) at least 7 days before the trial date set in this notice. The rules and procedures of the Small Claims Court will still apply.

K. **Language Interpreter.** If you or a witness requires a language interpreter to be present for hearings, you must contact the Managing Interpreter corresponding to the district in which the case will be heard at least 7 days before the trial date is set on this notice. A language interpreter may only interpret what is said between parties during a hearing and immediately prior to or after the hearing. A language interpreter may not provide legal advice or any other service that is not related to interpreting. Interpreters may not provide any services that may constitute a violation of the language interpreter's Code of Professional Responsibility. A current list of Managing Interpreters can be viewed at http://www.courts.state.co.us/Administration/Custom.cfm?Unit=Interp&Page_ID=117.

|  |  |
|---|---|
| ☐ District Court  ☒ County Court<br>ADAMS County, Colorado<br>Court Address:<br>1100 JUDICIAL CENTER DRIVE<br>BRIGHTON, CO 80601 | |
| PLAINTIFF: TERRANCE TSCHATSCHULA | ▲ **COURT USE ONLY** ▲ |
| DEFENDANT: CARGUARD ADMINISTRATION INC | Case Number: 22S117<br>Division S1   Courtroom 306 |

## CASE MANAGEMENT ORDER, SMALL CLAIMS COURT

The Plaintiff filed a small claims case against the Defendant seeking money. The Plaintiff and the Defendant are the parties. A court date, including time, has been scheduled with the Court (trial date). Your Trial has been set for virtual trial via WebEx. If your case is being heard digitally the virtual courtroom will be open to the public.

*Information and orders for small claims parties:*

1. Written Agreement (by Plaintiff and Defendant): The parties are required to talk with each other before the trial date to see if an agreement can be reached to resolve the case. This may include how much money is owed and when/how the money will be paid. Written agreements shall be filed with the Court at least 7 days before the scheduled trial date. Written agreements can be filed in-person at the Clerk's window or mailed to: Adams Combined Court, 1100 Judicial Center Drive, Brighton, CO 80601. Blank agreement forms JDF 75 (called stipulations) are on the Court's website.

2. Proof of Service: Proof of Service also referred to as Return of Service, is the official means by which the Notice, Claim and Summons to Appear for Trial and a copy of this Case Management Order is served to the Defendant to notify him/her that a lawsuit has been filed. Service must be completed at least 15 days before the trial date. An Affidavit of Service (pg. 7 of form JDF 250) will need to be completed by whoever is serving the paperwork. Once service is completed, you must file your Proof of Service with the Court, no later than 7 days before the trial date. You may file this document in-person or mail to: Adams Combined Court, 1100 Judicial Center Drive, Brighton, CO 80601.

    a. If the Defendant has not been served with the paperwork at least 15 days before the trial date, you may ask the court for another trial date to serve the Defendant. If the Defendant has been served, **request(s) for another trial date shall be filed no later than 7 days before the scheduled trial date.**

3. Answer and Counterclaim (by Defendant): If the Defendant disagrees with the claim and/or wants to file a counterclaim, and an agreement is not reached, each Defendant should file with the Court, a written Answer and any counterclaim 7 days before the scheduled trial date and pay the filing fee. **The Answer and Counterclaim form, JDF 250 (R2-20, Part 2, pages 2-3)** *can be found on our website under Self Help/Forms: www.courts.state.co.us.* A blank Answer form is part of the paperwork provided to the Defendant at the time of service. **Each Defendant shall provide their address, phone number and email address when filing their answer.**

    a. The Answer form must be completed including why you don't think you owe the money.

    b. Any counterclaim must include how much money is being sought and for what reason.

    c. The Answer form should be filed with the Court 7 days before the trial date, and a copy mailed to the Plaintiff, 7 days before the trial date.

4. Trial: *All exhibits shall be filed with the court and copies of the exhibits mailed to the other party no later than 7 days prior to the scheduled court date.* All exhibits shall have the case number listed and be labeled before you send them to the court and the other side. Plaintiffs shall use numbers (for example "P-1", "P-2", "P-3" etc.). Defendants shall use the letters, (for example, "D-A", "D-B", "D-C" etc.). If an exhibit is 3 pages long, each page should be labeled accordingly. For a plaintiff, P-1-1, P-1-2, P-1-3, or for a defendant D-A1, D-A2, D-A3. Each page of each exhibit needs a label so that during the hearing a specific page of any document can be referred to by that label. If you have audio and video evidence to present at trial, the Court cannot accept or play such, therefore, you must be able to share that via WebEx on your own device and you must mail a copy of the audio and video exhibit on a thumb drive to the other side 7 days before the scheduled trial date. In order to present any video or audio evidence at trial, you must be able to share it via WebEx during trial. You should familiarize yourself with how to share content on the WebEx platform before trial. Failure to comply may result in a continuance of your trial date, or the court not reviewing or accepting your exhibits. All items may be submitted as indicated in paragraph 9 below.

5. Time Allotted for the Trial: Trials are set for 30 minutes with each side having up to 15 minutes to present their case, including witness testimony. Please plan accordingly.

6. Attending virtual court: You will need a computer, smart device, or a phone to attend. If you are calling witnesses to testify, you need to provide the link and instructions on how to appear to your witness(es). Please mute your mic/phone until your time to speak. **The virtual courtroom for Division S1: https://judicial.webex.com/meet/magistrate.kossie or call: 1-720-650-7664 and use meeting access number: 928 183 673.** To access the digital courtroom via I-phone or android, the WebEx Meetings application must first be installed on the device. When accessing the virtual courtroom, please be patient. The judicial officer may be hearing another case but will be with you as soon as possible.

7. Request for new scheduled trial date: *Any request for a new court date must be filed at the Clerk's window (form JDF 76)* or mailed to: Adams Combined Court, 1100 Judicial Center Drive, Brighton, CO 80601 *at least 7 days before the scheduled court date and provided to the other side.* The Court will decide on the request and notify both parties of its decision.

8. Interpreters: If you require a language interpreter, you must submit your request at the Clerk's window **30 days** prior to your trial date. A court-appointed interpreter will be scheduled to assist you at no charge. Per Chief Justice Directive 06-03, interpreters must be on the roster of Colorado Judicial Department Authorized Interpreters to provide interpreter services for the Courts.

9. Methods to file documents with the Court:

    a. Send documents by US Mail at least 7 days prior to the trial date to: Adams Combined Court, 1100 Judicial Center Drive, Brighton, CO 80601 and list your case number on the front of the envelope. **Please do not send cash.** Check website for the appropriate filing fee and make check or money order payable to: Adams Combined Court: https://www.courts.state.co.us/ and search for Filing Fees.

    b. File the documents in-person at: 1100 Judicial Center Drive, Brighton, CO 80601.

**IMPORTANT:** All documents submitted to the Court must include case number, printed names and signatures, current phone numbers, mail and email addresses of all persons/attorneys submitting the document.

## EXPECTATIONS AND ORDERS OF THE COURT

- Audio and/or video recording of any portion by any means of a hearing is strictly prohibited. Violation of this prohibition may result in the imposition of sanctions including contempt of court.

- Virtual hearings are considered court proceedings and all participants should behave appropriately. Participants should be properly dressed and keep their surroundings quiet and well-lit with a minimum of distractions. Please make sure your electronic devices are functioning correctly and you have an adequate internet connection.

- Attorneys shall forward virtual courtroom information to their clients and any witnesses. The Court will post the virtual courtroom information on the public dockets and on the courtroom door and will also provide the information to any member of the public upon request. It is the responsibility of the parties to ensure any witnesses have the necessary contact information.

- Any subpoenas served shall have a copy of this Order attached.

- Parties shall log in/call at the scheduled hearing time. When entering the virtual courtroom, mute your device and do not interrupt any ongoing proceeding (just like an in-person courtroom). Please wait to be acknowledged by the Court or its staff.

- An audio record of the proceedings will be maintained by the Court.

- It is important that only one person speak at a time. The Court will call on you to speak. If you are having trouble hearing, please raise your hand to alert the Court.

- It is important that you face the camera and speak into the microphone or close to the phone to be heard and for the recording to pick up your voice. Please speak loudly and clearly.

- If an interpreter is present for a participant, speakers must allow the interpreter to render their interpretation after each person speaks to avoid confusion and keep a clear record.

- Background noise, including side conversations and paper shuffling, must be kept to a minimum. Keep your microphone muted unless you are speaking.

- Do not use the chat function for any purpose.

Dated:   10/25/21

_Don Quick_
Chief Judge

Case Number: 22S117
PLAINTIFF(S): TERRANCE TSCHATSCHULA
DEFENDANT(S): CARGUARD ADMINISTRATION INC

# NOTICE

Your SMALL CLAIMS case will be heard virtually via Webex on:
Date: 06/08/22          Time: 8:30 AM

YOU CAN ATTEND THE HEARING one of two ways:

1) **BY VIDEO CONFERENCING** from your phone or computer:
   Download the Webex APP on your phone or computer
   Open Webex and enter the link below and select join meeting
   https://judicial.webex.com/meet/magistrate.kossie

**OR**

2) **BY PHONE:** call 720-650-7664 and enter access code **928 183 673** followed by the # key.

**Case Management Order** – Please follow the written directions in the CMO (Case Management Order) regarding how to file answers, counterclaims, exhibits, etc.

Please be advised that if you do choose to appear for this hearing by video, appropriate courtroom dress is required. You must also ensure a quiet location without children or pets, with no food, drink or smoking during the hearing.