**EXHIBIT B**

## Register of Actions

|  | Filed by Plaintiff | **Case Number:** 2022S000117 | **Division:** S1 |
|  | Filed by Defendant | **Case Type:** Money | **Judicial Officer:** Phelicia A Kossie |
|  | Filed by Court | **Case Caption:** Tschatschula, Terrance v. Cargaurd Administration Inc | **Court Location:** Adams County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| N/A (Details) | 03/29/2022 12:00 AM | Alana Percy | Adams County | N/A | Notice of Hearing | NOTICE OF HEARING VIA WEBEX 06082022 0830AM | Public |
| N/A (Details) | 03/29/2022 12:00 AM | Don S Quick | Adams County | N/A | Order - Case Management | SMALL CLAIMS CMO HAND DEL TO PTF | Public |
| N/A (Details) | 03/29/2022 12:00 AM | N/A | N/A | Terrance Tschatschula | Notice, Claim and Summons to Appear for Trial | NCSA 06082022 0830AM PD 55 | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
|---|---|---|---|
| Cargaurd Administration Inc | Defendant | Active | N/A |
| Terrance Tschatschula | Plaintiff | Active | N/A |